1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUAN CORTEZ, | CASE NO. 11-5681 RJB JRC |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| WASHINGTON ADMINISTRATIVE SERVICES DIVISION, et al., | |
| Defendant. | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

This matter comes before the Court on the Report and Recommendation of U.S.

Magistrate Judge J. Richard Creatura (Dkt. 28) and Plaintiff's motion for rule 11 sanctions (filed

in his Objections to the Report and Recommendation (Dkt. 29)).  The Court has considered the

Report and Recommendation, objections, motion, and the remaining file.  The Court is fully

advised.

The Report and Recommendation recommends dismissal of the case without prejudice in

accord with Plaintiff's motion (Dkt. 21) and Defendant's non-opposition to that motion (Dkt.

24).  Dkt. 28.

1    Plaintiff filed objections.  Dkt. 29.  Although less than clear, it appears that Plaintiff

2  moves for Rule 11 sanctions against Defendant in the amount of $9,900 for "the repeated transfer

3  without cause, which induced prejudice to the prosecution of the case, and by guile removed

4  access to law library resources."  *Id.*  He further states that:

5        A reasonable trier of fact should so find that relief would best serve the interest of
         justice and find in favor of the Plaintiff's motion for FRCP 11 sanctions of
6        $9,900.00 USD, immediately; with dismissal of the action in Dkt. 21.  Thereby,
         satisfactorily concluding the case and the indirect results which are contrary to the
7        rule of law, but for the declaration of independence.

8  Dkt. 29, at 4.

9        This opinion will first consider Plaintiff's motion for rule 11 sanctions first and then the

10  Report and Recommendation.

11        **A.  MOTION FOR RULE 11 SANCTIONS**

12        Pursuant to Fed. R. Civ. P. 11 (b):

13        Representations to the Court. By presenting to the court a pleading, written
          motion, or other paper--whether by signing, filing, submitting, or later advocating
14        it--an attorney or unrepresented party certifies that to the best of the person's
          knowledge, information, and belief, formed after an inquiry reasonable under the
15        circumstances:
          (1) it is not being presented for any improper purpose, such as to harass, cause
16        unnecessary delay, or needlessly increase the cost of litigation;
          (2) the claims, defenses, and other legal contentions are warranted by existing law
17        or by a nonfrivolous argument for extending, modifying, or reversing existing law
          or for establishing new law;
18        (3) the factual contentions have evidentiary support or, if specifically so
          identified, will likely have evidentiary support after a reasonable opportunity for
19        further investigation or discovery; and
          (4) the denials of factual contentions are warranted on the evidence or, if
20        specifically so identified, are reasonably based on belief or a lack of information.

21  Under Fed. R. Civ. P. 11 (c) (2), "[a] motion for sanctions must be made separately from any

22  other motion and must describe the specific conduct that allegedly violates Rule 11 (b)."

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION- 2

1    Plaintiff's motion for Rule 11 sanctions (Dkt. 29) should be denied.  He has failed to

2  describe the "specific conduct that allegedly violates Rule 11(b)."  His allegations are unrelated

3  to conduct prescribed in Rule 11.

4    **B.  REPORT AND RECOMMENDATION AND THE MOTION FOR
        VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

5

6    The Report and Recommendation (Dkt. 28) should be adopted and the matter dismissed

   without prejudice in accord with the Plaintiff's motion (Dkt. 21) and the Defendant's not
7
   objecting to the motion (Dkt. 24).
8
                                          **ORDER**
9

          • The Plaintiff's Motion for Rule 11 Sanctions (Dkt. 29) **IS DENIED**;
10

          • The Report and Recommendation (Dkt. 28) **IS ADOPTED**; and
11

12        • **THIS MATTER IS DISMISSED WITHOUT PREJUDICE**.

13   The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Judge J.

   Richard Creatura, all counsel of record, and to any party appearing *pro se* at said party's last
14
   known address.
15
     Dated this 26th day of January, 2012.
16

17

18   _____
       ROBERT J. BRYAN
19     United States District Judge

20

21

22

23

24

ORDER ADOPTING REPORT AND
RECOMMENDATION- 3